IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CAROLYN S. PIPPIN,

    Plaintiff,

vs.                                      CASE NO. 5:05cv63-RS

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendants.
_____/

## ORDER

This matter is before the court on the magistrate judge's Report and Recommendation (Doc. 13).

IT IS ORDERED:

1. The Report and Recommendation is accepted and is adopted as the opinion of the court.

2. The decision of the Commissioner of Social Security is reversed.

3. The matter is remanded to the Commissioner of Social Security for reconsideration consistent with the Report and Recommendation.

ORDERED on December 19, 2005.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**